**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIN HYO SHIN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY GONSALEZ, et al.,<br><br>    Defendants. | 1:22-cv-01544 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH A COURT ORDER, AND FAILURE TO PAY THE FILING FEE<br><br>(Doc. 5) |

Jin Hyo Shin is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Because Plaintiff initiated this action without paying the filing fee, the Court ordered Plaintiff to submit a motion to proceed *in forma pauperis* or pay the fee on December 22, 2022. (Doc. 3.) The Court granted Plaintiff 45 days to take action and warned Plaintiff that failure to comply with the order would result in dismissal of the action. (*Id.* at 1.) However, Plaintiff failed to pay the filing fee, file a motion, or otherwise respond to the Court's order. Therefore, the magistrate judge recommended the action be dismissed without prejudice due to Plaintiff's failure to prosecute, failure to comply with the Court's order, and failure to pay the filing fee. (Doc. 5.)

The Court served the Findings and Recommendations on March 9, 2023 and notified Plaintiff that objections to the recommendations were due within 14 days of service. (Doc. 5 at

1

4.) In addition, the Court advised that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file objections were filed, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 9, 2023 (Doc. 5), are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 11, 2023**

UNITED STATES DISTRICT JUDGE